433 A.2d 123

Commonwealth v. Barbee, Appellant.

Submitted March 6, 1980. Jeffrey M. Cook, Assistant Public Defender, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Affirmed on the able opinion of Honorable Warren G. Morgan of the Court of Common Pleas.

433 A.2d 124

Commonwealth v. Bethlehem, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.